IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 06 C 5980 |
| J AND R INSTALLATIONS, INC., an Illinois corporation, | ) ) ) ) | JUDGE CHARLES P. KOCORAS |
| Defendant. | ) | |

**MOTION TO REINSTATE FOR THE LIMITED PURPOSE OF ENFORCING THE TERMS OF A STIPULATION TO DISMISS, FOR ENTRY OF PRELIMINARY JUDGMENT AND FOR AN ORDER DIRECTING DEFENDANT TO TURN OVER MONTHLY FRINGE BENEFIT CONTRIBUTION REPORTS**

NOW COME Plaintiffs, by their attorneys, and move for the entry of an order reinstating this action for the limited purpose of enforcing the terms of a Stipulation to Dismiss entered into between the parties and electronically filed with this Court on January 16, 2007, for entry of preliminary judgment against Rachel Boles, individually and against Defendant, J and R Installations, Inc., in the total amount of $12,249.00, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $206.25, and for an order directing Defendant, J AND R INSTALLATIONS, INC., to turn over monthly fringe benefit contribution reports due for the months of January 2007 through May 2007, pursuant to the Agreements and Declarations of Trust to which Defendant is bound. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the Trustees of the jointly-administered, labor-management employee benefit plans collectively known as the Sheet Metal Workers Local 265 Fringe Benefit Funds, alleging, *inter alia*, that Defendant breached its obliga-

tions under the terms of the collective bargaining agreement entered into with Local 265 of the Sheet Metal Workers International Association, and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work performed on its behalf by beneficiaries of the Plaintiff Funds. The Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On January 16, 2007, a Stipulation to Dismiss incorporating the terms for settlement agreed to and stipulated by the parties was electronically filed with this Court (a copy of the Stipulation to Dismiss is attached as Exhibit A).

3. On January 17, 2007, this Court dismissed this cause of action with prejudice (a copy of the Court's Minute Order entered January 17, 2007 is attached as Exhibit B).

4. Defendant acknowledged and stipulated that it owed the total amount of $22,139.03 for contributions, liquidated damages, and attorneys' fees for the time periods August 2004, September 2004, February 2005, May 2005, March 2006 and May 2006 through July 2006, as described in Paragraph 2 of the Stipulation to Dismiss.

5. Defendant also acknowledged and agreed to remain current with respect to the submission of monthly contribution reports and the payment of fringe benefit contributions that accrue.

6. Defendant agreed to make an initial payment to Plaintiffs of $4,000.00 upon execution of the Stipulation and subsequent payments according to the following payment schedule:

|   | Date Due | Amount Due |
|---|---|---|
| 1 | January 15, 2007 | $1,362.33 |
| 2 | February 15, 2007 | $1,361.00 |
| 3 | March 15, 2007 | $1,361.00 |
| 4 | April 15, 2007 | $1,361.00 |
| 5 | May 15, 2007 | $1,361.00 |
| 6 | June 15, 2007 | $1,361.00 |
| 7 | July 15, 2007 | $1,361.00 |
| 8 | August 15, 2007 | $1,361.00 |
| 9 | September 15, 2007 | $1,361.00 |
| 10 | October 15, 2007 | $1,361.00 |
| 11 | November 15, 2007 | $1,361.00 |
| 12 | December 15, 2007 | $1,361.00 |

7. The Stipulation to Dismiss further provides that the regular reports and contributions due thereon are an integral part of the Stipulation and it shall be the express obligation of the Defendant and an undertaking pursuant to the Stipulation that it make payment of these regular contributions and that it submit timely regular reports.

8. Any failure to submit timely reports or timely payment of contributions shall constitute a default under the terms of the Stipulation to the same extent as where any other provision of the Stipulation is violated. In such event, Rachel Boles, sole owner and president of J and R Installations, Inc., consents to the entry of judgment against Defendant, and against herself, personally, and in favor of Plaintiffs for all unpaid installments due under the Stipulation, plus all contributions due according to subsequently submitted reports, and all of Plaintiffs' reasonable attorneys' fees incurred during the litigation of the matter and through enforcement of the terms of the Stipulation.

9. The Stipulation further provides that in the event Defendant violates the Stipulation, Plaintiffs shall be under no obligation to provide notice of such violation to Defendant as a prerequisite to reinstatement.

10. Although under no obligation to do so, on May 23, 2007, Plaintiffs' counsel left voice mail messages for Defendant's counsel regarding the failure of the Defendant to abide by the terms of the Stipulation to Dismiss. On May 30, 2007, Defendant's counsel advised Plaintiffs' counsel by telephone that he would contact the Defendant regarding the missing payments.

11. To date, Defendant has not submitted the fourth and fifth installment payments due pursuant to the terms of the Stipulation to Dismiss, said payments being due on April 15, 2007 and May 15, 2007 as described in Paragraph 6 above.

12. In addition, Defendant has not submitted its monthly fringe benefit contribution reports for the time period January 2007 through May 2007, as set forth in Paragraph 4 of the Stipulation.

13. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order reinstating this action for the limited purpose of enforcing the terms of the Stipulation to Dismiss, entering preliminary judgment against Rachel Boles, individually and Defendant, J and R Installations, Inc. and for an order directing Defendant J and R Installations, Inc. to turn over its monthly fringe benefit contribution reports due for the months of January 2007 through May 2007. Specifically, Plaintiffs request:

    A.    That judgment be entered in favor of Plaintiffs and against Rachel Boles, individually, and Defendant, J and R Installations, Inc., to include the amount of $12,249.00, being the total amount remaining due for contributions, liquidated damages, and attorneys' fees and costs for the time period August 2004, September 2004, February 2005, May 2005, March 2006 and May 2006 through July 2006;

B. That judgment be entered in favor of Plaintiffs and against Rachel Boles, individually, and Defendant, J and R Installations, Inc., to include an additional $206.25 for Plaintiffs' reasonable attorneys' fees;

C. That Defendant, J and R Installations, Inc., submit its monthly fringe benefit contribution reports for the months of January 2007 through May 2007, within fourteen (14) days of the entry of this Order, and that the Court enter final judgment against Defendant, J and R Installations, Inc., after Plaintiffs determine the additional amount due;

D. The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and entering judgment against Rachel Boles, individually, and Defendant, J and R Installations, Inc.;

E. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/ Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\J and R\#19673\motion to reinstate.bpa.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of June 2007:

                Mr. Timothy H. Okal
                Spina McGuire & Okal, P.C.
                7610 W. North Avenue
                Elmwood Park, IL   60707-4195

                /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\J and R\#19673\motion to reinstate.bpa.df.wpd