IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 06 C 5980 |
| J AND R INSTALLATIONS, INC., an Illinois corporation, | ) ) ) | JUDGE CHARLES P. KOCORAS |
| Defendant. | ) ) | |

**SECOND AMENDED MOTION TO REOPEN CASE FOR THE LIMITED
PURPOSE OF ENFORCING THE TERMS OF A STIPULATION TO DISMISS,
FOR ENTRY OF JUDGMENT AND FOR ANY ORDER DIRECTING DEFENDANT
TO TURN OVER ITS MONTHLY FRINGE BENEFIT CONTRIBUTION
<u>REPORT FOR JULY 2007</u>**

NOW COME Plaintiffs, by their attorneys, and move for the entry of an order to reopen this action for the limited purpose of enforcing the terms of a Stipulation to Dismiss entered into between the parties and electronically filed with this Court on January 16, 2007, for entry of judgment against Rachel Boles, individually and against Defendant, J and R Installations, Inc., in the total amount of $17,786.23, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,893.75, and for an order directing Defendant to turn over its monthly fringe benefit contribution report for July 2007, pursuant to the Agreements and Declarations of Trust to which Defendant is bound. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the Trustees of the jointly-administered, labor-management employee benefit plans collectively known as the Sheet Metal Workers Local 265 Fringe Benefit Funds, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreement entered into with Local 265 of the Sheet

Metal Workers International Association, and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work performed on its behalf by beneficiaries of the Plaintiff Funds. The Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On January 16, 2007, a Stipulation to Dismiss incorporating the terms for settlement agreed to and stipulated by the parties was electronically filed with this Court (a copy of the Stipulation to Dismiss is attached as Exhibit A).

3. On January 17, 2007, this Court dismissed this cause of action with prejudice and retained jurisdiction to enforce the terms of the Stipulation (a copy of the Court's Minute Order entered January 17, 2007 is attached as Exhibit B).

4. Defendant acknowledged and stipulated that it owed the total amount of $22,139.03 for contributions, liquidated damages, and attorneys' fees for the time periods August 2004, September 2004, February 2005, May 2005, March 2006 and May 2006 through July 2006, as described in Paragraph 2 of the Stipulation to Dismiss.

5. Defendant also agreed to timely submit reports and contributions that become due throughout the duration of the payment schedule set forth in the Stipulation and described in paragraph 6 below.

6. Defendant made an initial payment to Plaintiffs of $4,000.00 upon execution of the Stipulation and agreed to make subsequent payments according to the following payment schedule:

|    | Date Due            | Amount Due  |
|----|---------------------|-------------|
| 1  | January 15, 2007    | $1,362.33   |
| 2  | February 15, 2007   | $1,361.00   |
| 3  | March 15, 2007      | $1,361.00   |
| 4  | April 15, 2007      | $1,361.00   |
| 5  | May 15, 2007        | $1,361.00   |
| 6  | June 15, 2007       | $1,361.00   |
| 7  | July 15, 2007       | $1,361.00   |
| 8  | August 15, 2007     | $1,361.00   |
| 9  | September 15, 2007  | $1,361.00   |
| 10 | October 15, 2007    | $1,361.00   |
| 11 | November 15, 2007   | $1,361.00   |
| 12 | December 15, 2007   | $1,361.00   |

7. The parties agreed that any failure to timely submit reports, timely pay contributions that become due, or timely pay installments due according to the payment schedule, shall constitute a default under the terms of the Stipulation to the same extent as where any other provision of the Stipulation is violated. In such event, Rachel Boles, sole owner and president of J and R Installations, Inc., consents to the entry of judgment against Defendant, and against herself, personally, and in favor of Plaintiffs for all unpaid installments due under the Stipulation, plus all contributions due according to subsequently submitted reports, and all of Plaintiffs' reasonable attorneys' fees incurred during the litigation of the matter and through enforcement of the terms of the Stipulation.

8. The Stipulation further provides that in the event Defendant violates the Stipulation, Plaintiffs shall be under no obligation to provide notice of such violation to Defendant as a prerequisite to reinstatement.

9. Although under no obligation to do so, on May 23, 2007, Plaintiffs' counsel left voice mail messages for Defendant's counsel regarding the failure of the Defendant to abide by the terms

of the Stipulation to Dismiss. On May 30, 2007, Defendant's counsel advised Plaintiffs' counsel by telephone that he would contact the Defendant regarding the missing payments.

10. As of June 6, 2007, Defendant was in violation of the terms of the Stipulation by failing to submit the following: (1) the fourth or fifth installment payments due under the Stipulation to Dismiss, said payments being due on April 15, 2007 and May 15, 2007 as described in Paragraph 6 above; or, (2) its monthly fringe benefit contribution report for July the time period January 2007 through May 2007, as set forth in Paragraph 4 of the Stipulation.

11. On that same date, Plaintiffs filed a motion to reinstate for the limited purpose of enforcing the stipulation to dismiss, for entry of preliminary judgment, and for an order directing Defendant to turn over contribution reports. The motion was noticed for hearing on June 14, 2007.

12. On June 14, 2007, the Court entered and continued the motion to July 3, 2007.

13. On July 3, 2007, Defendant submitted a check in the amount of $4,083.00 as payment towards the fourth through sixth installments due under the Stipulation, and contribution reports for March 2007 through May 2007 that indicate that an additional $11,158.84 in contributions and $1,115.88 liquidated damages are due to the Funds (copies of the contribution reports are attached hereto as Exhibit C).

14. That after application of the $4,083.00 payment, the remaining balance due under the payment schedule, for the period August 2004, September 2004, February 2005, May 2005, March 2006 and May 2006 through July 2006, is $8,166.00.

15. On July 31, 2007, Defendant submitted its June 2007 contribution report without the payment of the contributions due thereon (a copy of the contribution report is attached hereto as Exhibit D).

4

16. Nonetheless, Defendant remains in violation of the Stipulation. Defendant's recent submission of partial payment and reports were not timely as required by the Stipulation. Furthermore, Defendant has failed to submit the following: (1) the seventh installment payment that was due to the Funds on July 15, 2007; (2) contributions and liquidated damages due for June 2007; and, (3) the report and contributions for July 2007 which were due to the Funds on August 20, 2007.

17. Since the parties entered into the Stipulation to Dismiss, the Funds have expended $1,893.75 in attorneys' fees to enforce its terms.

18. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order to reopen this action for the limited purpose of enforcing the terms of the Stipulation to Dismiss, for entry of judgment against Rachel Boles, individually and Defendant, J and R Installations, Inc. and for an order directing Defendant to submit its monthly fringe benefit contribution report for July 2007. Specifically, Plaintiffs request:

   A. That judgment be entered in favor of Plaintiffs and against Rachel Boles, individually, and Defendant, J and R Installations, Inc., to include the amount of $8,166.00, being the total amount remaining due under the payment schedule in the Stipulation to Dismiss for contributions, liquidated damages, and attorneys' fees and costs for the time period August 2004, September 2004, February 2005, May 2005, March 2006 and May 2006 through July 2006;

   B. That judgment be entered in favor of Plaintiffs and against Rachel Boles, individually, and Defendant, J and R Installations, Inc., to include the amount of $16,169.30 for contributions and $1,616.93 for liquidated damages, for a total of $17,786.23, due per unpaid reports that Defendant submitted for August 2006 and March 2007 through June 2007;

   C. That judgment be entered in favor of Plaintiffs and against Rachel Boles, individually, and Defendant, J and R Installations, Inc., to include an additional $1,893.75 for Plaintiffs' reasonable attorneys' fees that Plaintiffs expended to enforce the terms of the Stipulation;

D. That within seven (7) days, Defendant be ordered to remit its monthly fringe benefit contribution report due for July 2007 and to submit all fringe benefit contributions and ten (10%) percent liquidated damages due thereon;

E. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\J and R\#19673\motion to reinstate-second amended.bpa.df.wpd

# CERTIFICATE OF SERVICE

   The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Second Amended Motion to Reinstate, for Entry of Judgment and for an Order Directing Defendant to Turn Over Its Monthly Fringe Benefit Contribution Report for July 2007) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 31st day of August 2007:

     Mr. Timothy H. Okal
     Spina McGuire & Okal, P.C.
     7610 W. North Avenue
     Elmwood Park, IL   60707-4195


            /s/   Beverly P. Alfon


Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\J and R\#19673\motion to reinstate-second amended.bpa.df.wpd